UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN T. CURRIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| v. | ) **CASE NO. 7:18-cv-156-D** |
| | ) |
| MURPHY-BROWN LLC, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby **GRANTS** the Parties' motion, and **APPROVES** the Settlement Agreement. Because the settlement resolves the controversy in this matter, the Court hereby **DISMISSES** this action with prejudice.

**This Judgment Filed and Entered on June 25, 2019, and Copies To:**

| | |
|---|---|
| Ralph T. Bryant, Jr. | (via CM/ECF electronic notification) |
| Melissa A. Romanzo | (via CM/ECF electronic notification) |
| Reilly C. Moore | (via CM/ECF electronic notification) |
| Sharon S. Goodwyn | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

June 25, 2019　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk